UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



YVETTE MUSE

VERSUS　　　　　　　　　　　CIVIL ACTION NO.: 08-282-JVP-SCR

LOUISIANA SCHOOL FOR THE
VISUALLY IMPAIRED, ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 20, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's complaint shall be **DISMISSED** without prejudice for failure to serve the defendants within the time allowed by Rule 4(m).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 4, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA